# EXHIBIT 6

16    MR. SMITH:    The People call Dan Brown.

17         THE FOREPERSON:    Do you swear to tell the truth,

18    the whole truth, and nothing but the truth so help you

19    God in the case of The People of the State of New York

20    against Clement Campana, Dan Brown, John Brown, et

21    al.?

22         THE WITNESS:    I do.

23                         ---oOo---

24                      **DANIEL BROWN**

25         Called as a witness herein by the People, having

1     Gonzalez to explain to her to make it easier to vote

2     you can fill out this form, someone will bring a

3     ballot to you.   I could tell she felt slightly

4     intimidated, maybe uneasy.

5  Q  What was it you observed about her demeanor or facial

6     expressions that makes you draw that conclusion, sir?

7  A  She was hesitant to say yes I will sign this, or that

8     I will be voting, or I have voted in the past.   She

9     didn't want to go.

10  Q  Could you describe Yarelis Gonzalez?

11  A  Very attractive, hispanic, brown-black hair.

12  Q  What age?

13  A  Early twenties, probably.

14  Q  What happened next after Mr. McGrath came and asked --

15     or you know, tried to get Ms. Gonzalez to sign an

16     absentee ballot application?

17  A  I could sense she was uneasy, so I kind of interjected

18     at that point and I explained what the process was.   I

19     said, "You're not going to be able to vote on

20     Tuesday?"

21        She said, "No, I'm not."

22        I said, "Is there a reason why?"

23        She said, "I have to work."

24        I said, "Your employer has to give you time to

25     vote."

```
 1              She said, "I work in Albany, but I take the bus."
 2         Indicating that she now was definitely not going to be
 3         able to take a bus back to Troy and go back to Albany.
 4              I said, "If you want to complete this someone
 5         will return a ballot before Tuesday and you'll be able
 6         to vote."  I checked the box for business, indicated
 7         she had to work, gave her the clipboard, and she
 8         completed the rest of the application.
 9    Q    Do you see on the monitor what appears to be -- let me
10         see if I can get this a little . . .
11              You see on the computer monitor what appears to
12         be a magnification of the document which you hold in
13         your hand, the absentee ballot application of Yarelis
14         Gonzalez?
15    A    (Nodded head.)
16    Q    You have to give a verbal response.
17    A    Yes.
18    Q    Does that appear to be an exact copy of the document
19         which you hold in your hands?
20    A    It appears to be a copy.
21    Q    Let's go through the top portion of the document which
22         is also shown on the monitor before the Grand Jury.
23         Do you recall who filled out the resident address in
24         Rensselaer County?
25    A    Ms. Gonzalez did.
```

```
 1    Q    There is a field entitled "Delivery of primary
 2         election ballot"  Was that filled out at the time by
 3         either yourself or Ms. Gonzalez?
 4    A    It was not filled out by me.
 5    Q    Can you explain to the Grand Jury why it was not
 6         filled out?
 7    A    I did not know who would be returning the ballot to
 8         her.
 9    Q    Now, and there's a second -- there are actually checks
10         placed on the indictment both for delivery of primary
11         election ballot and delivery of general election
12         ballot.  Do you see those, sir?
13    A    I do.
14    Q    And it is your testimony that you did not place either
15         of those checks there or insert the name of Tony
16         DeFiglio?
17    A    No.
18    Q    You made none of those --
19    A    No.
20    Q    The X next to the field "business," that is your X,
21         sir?
22    A    That's correct.
23    Q    If you look to the right of that X and down a little
24         bit you'll see fields entitled Dates you'll be out of
25         Rensselaer County" and "Where will you be on Election
```

1         Day"?

2    A   Yes, I see those.

3    Q   Did you fill in the "Dates you will be out of

4         Rensselaer County"?

5    A   No, I did not.

6    Q   Do you know who did?

7    A   No, I do not.

8    Q   You did not witness your brother filling in those

9         "Dates you'll be out of Rensselaer County"?

10   A   No, I did not.

11   Q   "Where will you be on Election Day," was that field

12        filled out in your presence, sir?

13   A   No, it was not.

14   Q   And when you received the application from Ms.

15        Gonzalez that field was blank?

16   A   Correct.

17   Q   Can you explain to the Grand Jury why it was that you

18        did not fill out those particular fields?

19   A   It was my understanding that when giving a reason for

20        being out of the county I generally interpret that as

21        being out of the area, because most people leave the

22        area all the time and come back to vote.  I felt

23        adequate in checking business and that would be

24        acceptable to the Board of Elections.

25   Q   And you'll see where the applicant has signed and the

1          date.   Who made the entries next to date and

2          signature of voter?

3    A   Ms. Gonzalez.

4    Q   All right.   I show you Grand Jury Exhibit 96, another

5          color laser photocopy.  Do you recognize that

6          document, sir?

7    A   I do.

8    Q   Do you recognize that to be the absentee ballot

9          application of Kimberly Yando?

10   A   I do.

11   Q   And how is it that you recognize that document?

12   A   Myself and Mr. Aldrich approached Ms. Yando's house.

13         Later in the day after we had visited Ms. Gonzalez's

14         house we drove up.  By that time I had realized that

15         Mr. Aldrich's forte was not public speaking and

16         decided to initiate all the conversations at the door.

17         We knocked on the door, a woman who I believe would be

18         Ms. Yando's mother answered.  We asked if Kim was

19         available, she said yeah, hold on, and Ms. Yando came

20         out.

21   Q   Could you describe Ms. Yando?

22   A   Very pregnant at the time, and had a black eye.  I

23         don't know which side of her face it was on . . . . I

24         feel like it was her left.

25   Q   Do you remember the color of her hair?

1    A    It was blondish-light brown.

2    Q    Stature?

3    A    Short.  Shorter than myself; maybe five-four.

4    Q    And did you have any conversation with Kim Yando, the

5         one who you've just described as being a pregnant and

6         having a black eye and blondish-brown hair?

7    A    I asked her if she planned to vote on Tuesday.  She

8         said, "No, I do not."

9              I said, "Would you like an absentee ballot to be

10        brought to you?"  She said she would.  I said, "If you

11        fill out the form someone will return the form to

12        you."

13             Do you want me to go further?

14   Q    Please?

15   A    She filled out the name and address, she signed and

16        dated the bottom.  I'm not sure if it was either

17        before or after she completed that information, but it

18        might have been that she was pregnant and had a black

19        eye, when she said she would not -- she did not intend

20        to vote, so I checked the box "temporary illness."

21   Q    And did her have a having a black eye also have

22        something to do with your checking the box "temporary

23        illness," or was that something external to your

24        decision?

25   A    It was external to my decision.

1    Q    Again, same questions as before:  The delivery fields,

2         were those completed in your presence, sir?

3    A    No, they were not.  Again, I did not know who would be

4         returning the ballot to her.

5    Q    Did you fill out those fields?

6    A    I did not.

7    Q    The check -- or excuse me, the X that is placed next

8         to "temporary illness," you made that entry, sir?

9    A    I did.

10   Q    You see where it says "Dates you will be out of

11        Rensselaer County"?  Did you make those entries, sir?

12   A    I did not.

13   Q    Do you know whether your brother did?

14   A    I do not, and still to this day do not know.

15   Q    Then you see "Where will you be on Election Day"?  Is

16        that your writing?

17   A    No, it is not.

18   Q    Did you fill that out?

19   A    No, I did not.

20   Q    Are you aware that Ms. Yando alleges that she did not

21        sign?

22   A    I am aware of that; I disagree.

23   Q    Have you had an opportunity -- first of all, you're

24        represented by Philip Steck?

25   A    That's correct.

1   Q   Have you had an opportunity to review Ms. Yando's

2       voter registration card?

3   A   I have.

4   Q   You're not a handwriting analyst?

5   A   I am not.

6   Q   But to your eyes, sir, what, if anything, did you

7       conclude from looking at the purported signature of

8       Kimberly Yando on her voter registration card and the

9       purported signature of Kimberly Yando on the absentee

10      ballot application?

11  A   They could be the same.

12  Q   Okay.

13  A   I'm not on expert.

14  Q   And in fact it is your testimony that she did sign?

15  A   Yes, that's correct.

16  Q   You don't know Ms. Yando?

17  A   No.  I've read all the affidavits pertaining to the

18      case as it relates to any houses I visited, and I know

19      that she did later state that Mr. Mirch came to her

20      house, picked her up, and brought her to vote.

21      Wouldn't be surprised if her recollection of whether

22      she signed this or not was reflected on conversations

23      with Mr. Mirch.

24          THE COURT:  The witness has testified to hearsay

25      in the form of documents that he's reviewed.  Let me

1       see if I can ask the question properly.  I have to

2       instruct you to disregard that last piece.

3  Q   Let me ask the you the question another way,

4       Mr. Brown.  Are you aware that some other voters in

5       the case have also been mistaken or may have been

6       mistaken in prior statements indicating that they had

7       not signed their absentee ballot application when in

8       fact they had?

9  A   I am aware of that.

10  Q   Okay.  I now show you what's been received in

11      evidence as Grand Jury Exhibit 77.  Do you recognize

12      that document, sir?

13  A   I do.

14  Q   What do you recognize it to be?

15  A   The absentee ballot application of Mr. Mark Welch.

16  Q   And again, this is a color laser photocopy, it's not

17      the actual application; is that correct?

18  A   That's correct.

19  Q   All right.  What is it that you recall, if anything,

20      regarding the solicitation of the application of mark

21      Welch?

22  A   Mark Welch lives directly across from Ms. Gonzalez in

23      Corliss Park apartment.  When we -- when Mr. Aldrich

24      and I arrived in Corliss Park that morning it was

25      actually the first name on our list that we came

1        across.   Mr. Welch and a number of other residents of

2        the Corliss Park Apartments were outside sitting on

3        folding chairs, lawn chairs, just relaxing, hanging

4        out.   I looked behind Mr. Welch and noticed that on

5        the door of his apartment was a Bob Mirch for County

6        Legislature sticker, and I looked at my sheet that

7        Mr. McGrath had mocked up and was surprised to have

8        Mr. Welch identified as a friendly.

9   Q    Did you say marked up or mocked up?

10  A    I don't know if there's a difference.  Marked up, I

11       would say.

12  Q    Just trying to help out the court reporter.

13  A    I indicated to Mr. Aldrich the sticker in the window

14       and we agreed that Mr. McGrath must have made a

15       mistake in his judgment of who supported who.  As I

16       indicated previously, Mr. McGrath had arrived while we

17       were visiting Ms. Gonzalez, we were ready to go on to

18       other houses when Mr. McGrath indicated we should go

19       talk to Mark Welch.  I indicated the sicker in the

20       window.   Mr. McGrath said, "Don't believe that, he's

21       supporting me."  Then we went and approached Mr.

22       Welch.

23  Q    When you say we --

24  A    The three of us, Mr. Aldrich, myself, and Mr. McGrath,

25       started a conversation about his brother, where his

1      brother worked --

2   Q   Who's brother?

3   A   Mr. Welch's brother.  I could tell they had a personal

4       relationship and knew each other, and I let

5       Mr. McGrath handle the conversation about filling out

6       the ballot.  I handed them the --

7   Q   You mean the application?

8   A   I handed him the clipboard with the application,

9       Mr. McGrath handed it to Mr. Welch, Mr. Welch filled

10      out his name and address.  It appears he filled out

11      the "Deliver To" line.

12  Q   Did you actually see Mr. Welch fill out the resident's

13      address and "Deliver To" portions of the application,

14      or did you see him appear to be writing?

15  A   I saw him appear to be writing.  At the time, given

16      the conversation between Mr. Welch and Mr. McGrath was

17      taking some time, I moved to the house next door and

18      approached a woman named Jennifer Taylor who I noticed

19      on the list was also a Working Families party member

20      and was on our list of friendlies.

21  Q   Okay.  So, where were you in relation to Mr. Welch's

22      conversation?

23  A   I was probably from here to that first chair away.

24  Q   Approximately ten feet?

25  A   Ten feet, so I did not personally witness exactly what

```
 1              Mr. Welch wrote, but I saw him writing.
 2      Q    Okay.   Now, you personally did not fill out the
 3           address or "Deliver To" information, correct?
 4      A    That's correct.
 5      Q    And if you look up on the monitor you'll see the
 6           bottom portion of the application in front of you.
 7           Sir, in terms of the X next to "temporary illness,"
 8           who made that mark?
 9      A    When Mr. McGrath returned the clipboard after talking
10           with Mr. Welch, based on the conversations I
11           overheard, Mr. Welch indicated he had diabetes.  He
12           was a very obese man.  I don't know if that's due to
13           his diabetes, but I checked it.
14      Q    You did not make an entry under "Dates you will be out
15           of Rensselaer County"?
16      A    No, I did not.
17      Q    You did not make an entry under "difficulty walking
18           with advanced diabetes, permanently confined at home"?
19      A    I did not make those, although that information is
20           correct, based upon what I witnessed.
21      Q    Right but what I'm trying to clarify before the Grand
22           Jury those entries were not on that application when
23           you were done with that day, correct?
24      A    No, I did not fill it out and it does not appear to be
25           Mr. Welch's handwriting.
```

1    Q   Do you know whose handwriting is there next to the

2        date?

3    A   Next to the date where?  Which date?

4    Q   Date next to signature of voter?

5    A   That appears to be Mr. Welch's.

6    Q   And then the signature, did you see him sign it or you

7        just believe he signed it?

8    A   I believe he signed it; I did not witness it.

9    Q   Okay.

10   A   I was not over his shoulder looking at what he wrote,

11       but based on the time it took.

12   Q   Based on the tenor of the general conversation you

13       belive he signed it?

14   A   I believe that's his signature, yes.

15   Q   You just mentioned an absentee ballot application of a

16       Jennifer Taylor?

17   A   Correct.

18   Q   Did you process that application, sir?

19   A   No.  As I said, I approached Ms. Taylor and asked her

20       whether she'd be voting on Tuesday.  She indicated to

21       me that she would be camping with her boyfriend and

22       her child, and I asked her, "Well, if you're going to

23       be camping would you like to fill out an absentee

24       ballot application?"

25            She indicated she would and she started to fill

1          it out, and Mr. McGrath saw me having a conversation

2          and interrupted and said, "I already got one for her.

3          She's all set."

4     Q    All right.  Very good.  Thank you.

5     A    So that application was thrown away.   It was crumpled

6          up.

7     Q    I show you Grand Jury 65 in evidence.  Do you

8          recognize that document, sir?

9     A    I do.

10    Q    What do you recognize it to be?

11    A    It is a copy of the application of Terrance Conway.

12    Q    Sir, did you personally solicit an absentee ballot

13         application from Terrance Conway on September 12th?

14    A    On September 12th Mr. Aldrich and I visited the home

15         of s man who lives with Nadine Legace, I believe

16         that's how you pronounce her name.

17    Q    Yes, sir?

18    A    We approached the door.  That's the last house we

19         visited that we garnered an application.

20    Q    Do you remember what floor?

21    A    It's a two-story house; I can't remember if it was a

22         split level, but I recall Ms. Legace came to the door,

23         I asked if she'd be voting on Tuesday or if Mr. Conway

24         would be voting on Tuesday, she indicated to me that

25         Mr. Conway was sick, just had a stroke, she's his care

```
 1              giver, and neither her nor Mr. Conway would be leaving
 2              the house to vote on Tuesday.  I indicated that we
 3              could get an absentee ballot to them, she said that
 4              would be wonderful.  She took the clipboard and
 5              applications upstairs to their home.  I didn't
 6              witness anything that that was filled out on it when
 7              she returned, if . . .
 8       Q     Okay.  Now, does your handwriting appear anywhere on
 9              the application of Terrance Conway?
10       A     No, it does not.
11       Q     And by handwriting I also mean checkmarks, X's;
12              anything of that nature?
13       A     I understand, and no, it does not.
14       Q     Finally, I show you Grand Jury Exhibit 68 in evidence.
15              Do you recognize that, sir?
16       A     I do.  It is the application -- copy of the
17              application of Ms. Nadine Legace.
18       Q     Again, sir, same questions as with Mr. Conway's.  Does
19              your handwriting appear anywhere on this absentee
20              ballot application?
21       A     No, it does not.
22       Q     There is a checkmark that you'll see next to vacation.
23              Did you place this checkmark there, sir?
24       A     I did not.
25       Q     Okay.  Both applications were returned to you signed
```

1         as they appear on these applications, correct?

2    A    Yes.

3    Q    And the residence address and date of birth have been

4         filled out, correct?

5    A    Correct.  I'm sorry, did you say date of birth?

6    Q    Yes, sir.

7    A    I'm sorry.  Yes.

8    Q    Okay.  All right.  Did you obtain or do you have a

9         recollection of obtaining any other absentee ballot

10        applications in the Working Families party line that

11        morning that you recall?

12   A    No.  We visited other houses and either had people

13        who did not answer or people who indicated they would

14        be voting in person.

15   Q    Let's talk about this a little bit because it may be

16        pertinent to the Grand Jury's consideration of your

17        credibility, sir.

18   A    All right.

19   Q    Did you have any occasion to visit any homes where the

20        person said that they did not want to vote by absentee

21        ballot?

22   A    Yes.

23   Q    Do you recall the names of any of those individuals?

24   A    I do not.  I remember it was a man, and this was a

25        house, again, that as Kevin McGrath had been kind of

```
1         driving around visiting houses I don't know if he was
2         keeping tabs on us, it was a very good friend of his.
3         I believe it was 7th Avenue, almost to the end where
4         it meets the Gurley Avenue.  It was a guy -- young
5         man.  When I say young, probably Kevin McGrath's age.
6         It appears they were high school friends.  He
7         indicated he was going to the polls because he wanted
8         to support Kevin McGrath.
9      Q  When you were done with your effort, how is it that
10        you knew you were done?
11     A  I didn't know I was done.  I wanted to be done.
12        Again, as I stated prior, I didn't believe this -- I
13        believed this to be a futile effort.  I believed the
14        Working Families Party line was unwinnable, and was
15        showing up to put in an effort to make it appear my
16        brother and I were supporting the team effort.
17             It had started to rain.  I don't know if it was a
18        spot shower or rained the rest of the day; I can't
19        remember.  I indicated to Mr. Aldrich I thought we
20        should wrap it up, I was going to head home.  He
21        didn't object.  I returned him to his vehicle at
22        LoPorto's.  I called Bill McInerny to find out where I
23        should bring these application.
24     Q  What, if anything, did Mr. McInerny say to you?
25     A  He said we're not done, we're still out.  I believe he
```

1    was in Corliss -- I believe he was in Griswold

2    Heights.  He said, "I'm going to keep going."

3         I said, "How do you want me to get these to you?"

4         He said, "Either track them down or leave with

5    your brother."  I indicated I wasn't in the mood to

6    drive around Corliss Park -- excuse me, Griswold

7    Heights for 20 minutes to look for him, I would call

8    my brother and let him know I was leaving them at his

9    house.

10        I called my brother.  He was still at the soccer

11   field.  I let him know I was leaving five applications

12   on his kitchen table, and he said he would drop them

13   to Mac when he could.

14   Q    Did you in fact give the absentee ballot applications

15        of Yarelis Gonzalez, Kimberly Yando, Mark Welch,

16        Nadine Legace, and Terrance Conway to your brother?

17   A    Not physically.  As I indicated I stopped by his

18        house, the front door was open -- it's a nice

19        neighborhood -- I walked in, grabbed a slice of pizza

20        they had leftover left on his kitchen table, and I

21        went home to watch the Notre Dame football game.

22   Q    Did you make any alterations to the applications

23        between the time the voters gave them to you and the

24        time you dropped them off at your brother's kitchen

25        table?

1   A   Yes -- no, I did not.

2   Q   Did there come a time when William McInerny asked you

3       to mail certain absentee ballot envelopes?

4   A   Prior to that Saturday.  It was also prior to him

5       informing me that a group was going out to solicit

6       applications and ask people to go vote.  For a few

7       weeks I had been bugging Mr. McInerny to get me a list

8       of new registered voters in the city because I'm

9       not -- I don't live in Troy and I don't have access to

10      the Board of Elections on a regular basis.  I asked

11      him to get me that list from Mr. McDonough at the

12      Board of Elections so I could add it to our strategy

13      moving forward into the general election.  He said he

14      would do that.  I had been bugging him for a few

15      weeks, maybe a week before primary day, so the Tuesday

16      or Wednesday before that following Tuesday.

17   Q   So that would be sometime around September 8th or 9th?

18   A   Yeah, before that weekend.  He had indicated that he

19      had the list of new voters that I had been looking

20      for, and he said, "If you want to stop by my office I

21      can give it to you."

22          I said, "Okay.  I'll swing by."

23          I stopped over at his office in City Hall.  He

24      said, "Here's the list."  We chitchatted about local

25      politics, nothing of any importance.  He said, "I

```
 1          can't leave City Hall right now and I want to get

 2          these in the mail.  Would you drop these in the mail

 3          for me?"

 4              I said, "Sure."

 5      Q   What were these?

 6      A   These were a stack of absentee ballots.  They had been

 7          sealed and he was just asking me to get postage and

 8          put them in the mail.

 9      Q   So the envelope -- the ballots themselves would have

10          been in the absentee ballot envelope?

11      A   Correct.

12      Q   And sir, do you remember when it was that you mailed

13          those envelopes?

14      A   If I saw him on Wednesday they were probably mailed

15          Thursday or Friday.  I didn't mail them immediately.

16      Q   So it was within a few days that you mailed them?

17      A   That's correct.

18      Q   Did you put the postage on the envelope?

19      A   I did.

20      Q   How did you put the postage on the envelope?

21      A   I went to the post office.  I actually not knowing

22          who these ballots were in support of or how they were

23          garnered I indicated to Mr. McInerny I wasn't paying

24          for the postage.  I said, "Do you got money for

25          postage?"  He gave me five, six bucks, whatever it
```

1   would have been.  Following day I went to the post

2   office in Albany near my work, bought postage stamps

3   and stuck them to the ballots and put them in the

4   mailbox.

5  Q Sir, do you remember the design of the postage stamp?

6  A I do not remember.  It's whatever the post office

7   clerk gave me, but based on review of the material in

8   this case it's been indicated that those are purple

9   heart stamps.

10  Q And you're aware that there are certain absentee

11   ballot envelopes that were generated from absentee

12   ballot applications filed on September 10th all with

13   purple heart stamps on them, correct?

14  A I'm not aware of that.

15  Q September 10th would be about five days before the

16   primary.  Does that still, you know, match up with

17   your general recollection of when it was that you

18   received the envelopes?

19  A It does not match up with when I received the

20   envelopes.  I find -- I don't --

21  Q Because five days before would be Thursday?

22  A I don't recall how -- if I received the ballots on

23   Thursday I could say that that makes some sense.

24   Maybe I was off by a day, but within the general time,

25   and I received the ballots in the same day . . .

1    Q   Don't worry about that part.  That's something you

2        don't know about, correct?

3    A   Correct.

4    Q   Can you tell the Grand Jury as best you recall what

5        Mr. McInerny said to you when he handed you the

6        envelopes?

7    A   He said, "I have these absentee ballot applications,

8        could you drop them off?  I can't leave City Hall, and

9        I don't want Mirch to know I'm out working." is what

10       he said.

11   Q   Was there anything he said in those comments that he

12       made to you that indicated to you that there was

13       something wrong with the absentee ballots contained in

14       the envelope?

15   A   No.

16   Q   Had you had any knowledge before the day that

17       Mr. McInerny handed you the ballot envelopes that

18       Mr. McInerny had previously engaged in fraud in

19       regards to absentee ballot applications and ballots?

20   A   No.

21   Q   I think I cut you off.  I did not mean to, sir.  I

22       wanted to get out the next question.  What was it you

23       were getting ready to say before I cut you off?

24   A   Mr. McInerny was a committeeman in District 3 of the

25       city, which is the northern most part of Hoosick

```
 1          Street here.  It would be normal for him to be
 2          obtaining absentee ballots applications and ballots,
 3          so when he indicated he had some for me to mail it was
 4          not something that would raise a red flag for me as
 5          being out of the norm.
 6     Q    Mr. Brown, I've got a few more questions for you then
 7          the members of the Grand Jury may have questions for
 8          you, and the way that works, the Grand Jury asks that
 9          question to me because I have to make sure it's
10          phrased properly and legally, then I ask the question
11          and you respond to my question, all right?
12     A    Yep.
13     Q    Now, you came here to today with your brother,
14          correct?
15     A    That's correct.
16     Q    Are you aware, sir, that your brother is now a
17          cooperating witness with the prosecution?
18     A    I am aware of that.
19     Q    And you're aware that he has admitted that he has
20          testified falsely before this Grand Jury and testified
21          falsely in a civil proceeding before Mr. Lynch in a
22          statement to the New York State Police?
23     A    Unfortunately I am aware of that as well.
24     Q    Sir, because the Grand Jury has not heard that from
25          your brother yet I have to ask you this question
```