UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL LOPORTO,

                          Plaintiff,                      **NOTICE OF MOTION**

    -against-                                       Civil Case No.:  1:15-cv-866
                                                                                (LEK/CFH)

COUNTY OF RENSSELAER, YOUEL C. SMITH, III,
also known as and practicing law under the assumed
name of "Trey Smith", individually and in his capacity as
appointed Special District Attorney for the County of Rensselaer;
RICHARD J. McNALLY, JR., individually and in his capacity as
District Attorney for the County of Rensselaer;
WILLIAM A. McINERNEY; JOHN F. BROWN;
DANIEL B. BROWN; and JOHN J. OGDEN, individually
and as investigator for the New York State Police,

                          Defendants.
_____

| | |
|---|---|
| Motion by: | Defendant, County of Rensselaer |
| Time, Date and Place of Hearing: | Wednesday, July 5, 2017 at 9:30 a.m.<br>United States District Court<br>Northern District of New York<br>James T. Foley U.S. Courthouse<br>445 Broadway<br>Albany, NY 12207 |
| Supporting Papers: | Memorandum of Law |
| Nature of Action: | 42 U.S.C. §1983 |
| Relief Demanded: | An Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure issuing judgment on the pleadings in favor of moving Defendant, together with such other and further relief as to the Court may seem just and proper. |

| | |
|---|---|
| Reply Papers: | Pursuant to Local Rule 7, answering papers, if any, are required to be served upon the undersigned at least seventeen (17) days prior to the return date of this motion. |

Dated:  June 1, 2017    Bailey, Johnson, DeLeonardis & Peck, P.C.

By:  S/ _____
   Crystal R. Peck
   Bar Roll No.: 514375
   *Attorneys for Defendant, County of Rensselaer*
   5 Pine West Plaza, Suite 507
   Washington Avenue Extension
   Albany, NY 12205
   (518) 456-0082
   CRPeck@baileyjohnson.com

TO:  Via CM/ECF
   John E. Sweeney, Esq.
   Attorneys for Plaintiff
   79 Columbia Street
   Albany, NY 12210

   Via CM/ECF
   Thomas J. O'Connor, Esq.
   Napierski, Vandenburgh Law Firm
   Attorneys for Defendant Smith
   296 Washington Avenue Extension
   Albany, NY 12203

   Via CM/ECF
   Robert A. Becher, Esq.
   Office of Robert A. Becher
   Attorneys for Defendant McNally
   5 Wilson Street
   Albany, NY 12207

   Via CM/ECF
   James E. Long, Esq.
   Office of James E. Long
   Attorneys for Defendant McInerney
   668 Central Avenue
   Albany, NY 12206

<u>Via USPS First Class Mail</u>
Daniel B. Brown
51 James Street
Green Island, NY 12183
PRO SE

<u>Via USPS First Class Mail</u>
John F. Brown
148 Maple Avenue
Troy, NY 12180
PRO SE

<u>Via CM/ECF</u>
William A. Scott, Esq.
New York State Attorney General - Albany
The Capitol
Albany, NY 12224